## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Darci L. Ochoa for KMS

        Plaintiff,                  Civil 06-1652 (PAM/JSM)

v.

                                    **ORDER OF REFERENCE**

Jo Anne B. Barnhart,

        Defendant.

_____

Pursuant to the consent of all parties (Doc. No. 12),

**IT IS ORDERED** that the above-entitled case be referred to the Honorable Janie S. Mayeron, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73.

Dated: September  16 , 2006

                                                    s/Paul A. Magnuson
                                                    Paul A. Magnuson, Judge
                                                    United States District Court